THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| KATHRYN WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | EDCV 08-0328 CT<br><br>**<u>JUDGMENT OF REMAND</u>** |

    The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 9/12/08

                                                  _____
                                                CAROLYN TURCHIN
                                                UNITED STATES MAGISTRATE JUDGE